

O'Hara, O'Connell & Ciotoli
ATTORNEYS AND COUNSELORS AT LAW

Frank S. Gattuso, Esq.
tel (315) 671-3173
fax (315) 451-5585
fsg@oharalaw.com

7207 East Genesee Street • Fayetteville, New York 13066-1262 • (315) 451-3810     www.oharalaw.com

June 6, 2011

*(Via Electronic Filing)*

Hon. David E. Peebles, U.S. Magistrate Judge
United States District Court, N.D.N.Y.
100 South Clinton Street
P.O. Box 7365
Syracuse NY 13261-7365

        Re:   *Rudd, et. al. v. T.L. Cannon Corp., et. al.*
               Case No.:  3:10-cv-00591-TJM-DEP

Dear Judge Peebles:

    Please be advised that the plaintiffs have completed the mailed of the opt-in notice and we are currently in the process of receiving signed opt ins and/or notices from the postmaster of undeliverable notices for incorrect addresses or other reasons.  As such, the parties are now ready to schedule a Rule 16 conference.

    Thank you for your attention to this matter.

                              Very truly yours,

                              O'HARA, O'CONNELL & CIOTOLI

                              s/ Frank S. Gattuso
                              Frank S. Gattuso
                              Bar No. 513636
                              Attorneys for Plaintiffs
                              7207 East Genesee Street
                              Fayetteville, NY 13066
                              315-451-3810

{W0182197.1}