MOTION #3 - SPECIAL ALBANY MOTION DAY -  5/20/13
HONORABLE THOMAS J. McAVOY, DISTRICT JUDGE - PRESIDING
CLERK:       M. Price
STENO:       B. Buckley


10:00 AM     Court meets.


3.     MATTHEW ROACH, et al

              VS.                                              3:10-CV-591

       T.L. CANNON CORP., et al


   1.   DEFTS APPEAL OF MAGISTRATE JUDGE'S [109] R & R ORDER [115] - **TAKEN ON SUBMIT.**


       APPEARANCES:    None


10:30 AM     Court stands adjourned.