N.D.N.Y.
10-cv-591
McAvoy, J.
Peebles, M.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of August, two thousand thirteen.

Present:
> Denny Chin,
> Raymond J. Lohier, Jr.,
> Christopher F. Droney,
> > *Circuit Judges.*

Matthew Roach, *et al.*,

> *Petitioners*,

v.                                                                                          13-1383

T.L. Cannon Corp., DBA Applebees, *et al.*,

> *Respondents*.

Petitioners, through counsel, move, pursuant to Federal Rule of Civil Procedure 23(f), for leave to appeal the district court's order denying their motion for class certification. Upon due consideration, it is hereby ORDERED that the petition is GRANTED.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

SAO-SSH

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 08/15/2013