**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
———————————————————————————

**MATTHEW ROACH, et al.,**

                                        **Plaintiffs,**
       **v.**                                        **3:10-CV-591**
                                                     **(TJM/DEP)**

**T.L. CANNON CORP., et al.,**

                                        **Defendants.**
———————————————————————————

**Thomas J. McAvoy, S.U.S.D.J.**

## DECISION & ORDER

This case, which asserts class-actions claims based on alleged violations of wage and hours laws in restaurants controlled by the Defendants, was referred to United States Magistrate Judge David E. Peebles, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

In his Report-Recommendation, Magistrate Judge Peebles recommends that the claims of certain opt-in Plaintiffs be dismissed for failure to comply with discovery demands and court orders related to those demands. No objections to the Report-Recommendation were filed. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice.

This Court therefore ADOPTS the Report-Recommendation, dkt. # 216, for the reasons stated therein, and it is ORDERED that Defendants' motion to dismiss, dkt. # 212, is hereby **GRANTED IN PART** and **DENIED IN PART**, as follows:

1. The motion is **GRANTED** and all claims are dismissed with respect to the following Plaintiffs:

a. Amanda Blesinger;

b. Mary A. Brooks;

c. Teresa Congiusti;

d. Rachel Cortesi;

e. Davetta Darity;

f. Joana E. Gleason;

g. Jessica Hagerty;

h. Catherine (Hagery) Perez;

i. Angela Harrington (Krezmer);

j. Nicole Jerard;

k. Robyn King;

l. Joseph M. Marino;

m. Stacey L. McLeer;

n. Elena J. Morales;

o. Anthony J. Pacheco;

p. Jill Scalzo;

q. Meghan K. Smith;

r. Meghan A. Tuma (Zafuto);

s. Tara A. Werner; and

t. Jonathan M. Williams; and

2. The motion is **DENIED** with respect to the claims of:

a. Amy Barber;

b. Lisa Cook; and

c. Amanda Resue.

**IT IS SO ORDERED**.

Dated:January 9, 2017

Thomas J. McAvoy
Senior, U.S. District Judge