**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

| | |
|---|---|
| MATTHEW ROACH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> T.L. CANNON CORP., *et al.*, <br><br> *Defendants*. | **NOTICE OF MOTION** <br><br> **(Lead Case)** <br> **Civil Action No.** <br> **3:10-cv-00591-TJM-DEP** |
| ASHLEY HICKS, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> T.L. CANNON CORP., *et al.*, <br><br> *Defendants.* | **(Member Case)** <br> **Civil Action No.** <br> **18-cv-01177** |

| | |
|---|---|
| **MOTION BY:** | Plaintiffs. |
| **RELIEF REQUESTED:** | An Order granting final approval of the settlement, an award of service payments to the named plaintiffs, and an award of attorneys' fees and costs. |
| **BASIS FOR RELIEF REQUESTED:** | Federal Rule of Civil Procedure 23; 29 U.S.C. § 216(b); New York Labor Law; Court's inherent power. |
| **SUPPORTING PAPERS:** | Memorandum of Law in Support of Final Approval of the Settlement; Memorandum of Law in Support of Plaintiffs' Unopposed Request for Attorneys' Fees and Costs; Declaration of Jessica L. Lukasiewicz, and the exhibits attached thereto; Declaration of Frank S. Gattuso; Declaration of David C. Temes, and the exhibits attached thereto; Declaration of Chris Pikus; and the Proposed Order. |

| | |
|---|---|
| **PLACE:** | United States District Court<br>Binghamton Courthouse<br>15 Henry St.<br>Binghamton, NY 13901 |
| **DATE AND TIME:** | February 28, 2019 at 10:00 a.m. |
| **REPLY PAPERS:** | While likely unnecessary, plaintiffs reserve their ability to file and serve reply papers. |

Dated:   February 13, 2019

Respectfully submitted,

                            **THOMAS & SOLOMON LLP**

                            /s/  Jessica L. Lukasiewicz_____
                            J. Nelson Thomas, Esq.
                            Michael J. Lingle, Esq.
                            Jessica L. Lukasiewicz, Esq.
                            *Attorneys for Plaintiffs*
                            693 East Avenue
                            Rochester, NY 14607
                            Telephone: (585) 272-0540
                            nthomas@theemploymentattorneys.com
                            mlingle@theemploymentattorneys.com
                            jlukasiewicz@theemploymentattorneys.com

                            Frank S. Gattuso
                            Gattuso & Ciotoli, PLLC
                            The White House
                            7030 East Genesee Street
                            Fayetteville, New York 13066
                            315-314-8000
                            fgattuso@gclawoffice.com